## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-00898-DME-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 18, 2008 | **Courtroom Deputy:** Valeri Barnes |

DAVID KEVIN WILL,   George C. Aucoin, Jr., via telephone

    **Plaintiff,**

v.

PARSONS EVERGREENE, LLC,   Conrad S. Kee, via telephone
                                                  Jennifer S. Harpole, via telephone

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**   TELEPHONIC STATUS CONFERENCE

**8:35 a.m.**     **Court in session.**

Counsel discuss their disputes regarding depositions.

**ORDERED:**   Defendant's Motion to Stay Discovery **(19)** is **granted.**

**8:50 a.m.**     **Court in recess/hearing concluded.**

Total time in court: 00:15