IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00898-DME-CBS

DAVID KEVIN WILL,

    Plaintiff,

v.

PARSONS EVERGREEN, LLC,

    Defendant.

## ORDER OF DISMISSAL

On January 4, 2010, the Court ordered this case remain administratively closed until January 3, 2011.  The Court further ordered the Court "will dismiss the action with prejudice on January 3, 2011, without further notice to the parties, unless the Court, prior to that date, receives a request from the parties to continue the status of the case as administratively closed. "  (Doc. No. 31).  No such request has been received.

IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.


Dated:  January 4, 2011


                                            BY THE COURT:

                                            *s/ David M. Ebel*

                                            UNITED STATES CIRCUIT JUDGE